Matter of Carlene R. (David T.) (2023 NY Slip Op 03696)

Matter of Carlene R. (David T.)

2023 NY Slip Op 03696

Decided on July 5, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 5, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ANGELA G. IANNACCI
JOSEPH J. MALTESE
LILLIAN WAN, JJ.

2021-04021
 (Docket Nos. N-1010-19, N-1011-19, N-1012-19)

[*1]In the Matter of Carlene R. (Anonymous). Administration for Children's Services, respondent; David T. (Anonymous), appellant. (Proceeding No. 1)
In the Matter of Davasha T. (Anonymous). Administration for Children's Services, respondent; David T. (Anonymous), appellant. (Proceeding No. 2)
In the Matter of David T. (Anonymous), Jr. Administration for Children's Services, respondent; David T. (Anonymous), appellant. (Proceeding No. 3)

Jennifer Arditi, Maspeth, NY, for appellant.
Sylvia O. Hinds-Radix, Corporation Counsel, New York, NY (Jamison Davies and Eva L. Jerome of counsel), for respondent.
Scott Schwartz, Staten Island, NY, attorney for the child Davasha T.

DECISION & ORDER
Jody Lynn Bahar, Staten Island, NY, attorney for the children Carlene R. and David T., Jr. In related proceedings pursuant to Family Court Act article 10, David T. appeals from an order of fact-finding of the Family Court, Richmond County (Alison M. Hamanjian, J.), dated May 20, 2021. The order of fact-finding, insofar as appealed from, after a fact-finding hearing, found that David T. neglected the subject children Davasha T. and David T., Jr.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order of fact-finding must be dismissed, as that order was superseded by an order of disposition of the same court dated January 28, 2022. The issues raised on the appeal from the order of fact-finding are brought up for review and have been considered on a related appeal from the order of disposition (see Matter of Davasha T. [David T.], _____ AD3d _____ [Appellate Division Docket No. 2022-00818; decided herewith]).
DILLON, J.P., IANNACCI, MALTESE and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court